IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:23-CR-00370-M-RN

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | ORDER |
| TYSHAUN ANTONIO DEBNAM, | : | |
| Defendant. | : | |

This matter comes before the court on the United States' motion [DE 23] to vacate the Consent Preliminary Order of Forfeiture issued July 24, 2024 (DE 21). For good cause shown, the motion is GRANTED. The Preliminary Order of Forfeiture, regarding a Raven Arms P-25, 25 caliber pistol bearing serial number 100020, and any related accessories and ammunition, is VACATED. The Clerk of the Court shall note on the docket at DE 21 that the order is vacated.

SO ORDERED this 8th day of August, 2024.

RICHARD E. MYERS II
Chief United States District Judge