IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Criminal No. 5:23-cr-00370-M
Civil No. 5:25-cv-00328-M

| | | |
|---|---|---|
| TYSHAUN ANTONIO DEBNAM, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

The court, having examined petitioner's motion pursuant to Rule 4(b) of the Rules Governing § 2255 Proceedings, DIRECTS the United States Attorney to file an Answer pursuant to Rule 5, Rules Governing § 2255 Proceedings, or to make such other response as appropriate to the above-captioned § 2255 Motion to Vacate, Set Aside or Correct Sentence, within **forty (40)** days of the issuance of this order.

SO ORDERED this 18th day of June, 2025.

_Richard E Myers II_

_____
RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE