IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

CRIMINAL NO. 5:23-cr-00370-1M
CIVIL NO.    5:25-cv-00328

TYSHAUN ANTONIO DEBNAM,
    Petitioner,

v.                                       **ORDER**

UNITED STATES OF AMERICA,
    Respondent.

    The pro se motion petitioner filed to vacate, set aside, or correct the sentence pursuant to 28 U.S.C. § 2255, received on June 12, 2025, does not substantially follow the form appended to the Rules Governing § 2255 Proceedings and is, therefore, not in compliance with Rule 2(c) of the Rules Governing § 2255 Proceedings and Local Civil Rule 81.2 of this court. The Clerk is DIRECTED to send a copy of the appropriate form to petitioner. Petitioner must complete the form in its entirety, sign it under penalty of perjury (or a person authorized by petitioner, such as an attorney, may sign it) and file the original with the Clerk of this court.

    **Petitioner is DIRECTED to return the form, in accordance with these instructions, within fourteen (14) days from the filing of this order. Failure to do so may result in the dismissal of this action or the striking of the motion.**

    Send the original of the corrected § 2255 form to:

                              Clerk of Court
                  United States District Court, E.D.N.C.
                          2 Princess Street
                          Wilmington, NC 28401

A copy of the completed § 2255 motion will be forwarded to the United States Attorney.

    SO ORDERED this 15th day of July, 2025.

                                                  RICHARD E. MYERS II
                                                CHIEF UNITED STATES DISTRICT JUDGE