IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Criminal No. 5:23-cr-370-1M
Civil No. 5:25-cv-328-M

TYSHAUN ANTONIO DEBNAM,

    Petitioner,

v.

UNITED STATES OF AMERICA,

    Respondent.

ORDER

    The court, having examined petitioner's motion [DE 43] pursuant to Rule 4(b) of the Rules Governing § 2255 Proceedings, DIRECTS the United States Attorney to file an Answer pursuant to Rule 5, Rules Governing § 2255 Proceedings, or to make such other response as appropriate to the above-captioned § 2255 Motion to Vacate, Set Aside or Correct Sentence, within **forty (40)** days of the filing of this order.

    SO ORDERED this __31st__ day of July, 2025.

                                              RICHARD E. MYERS II
                                              CHIEF UNITED STATES DISTRICT JUDGE